United States District Court 9-22-26
For the county of Arizona

Plaintiff Jacob Perez, CV.26-04148 PHX CDB

To clerk. of court
Please update my Email, and Phone #

J27166729@gmail.com

and new phone number "623-373-7800"

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 2 1 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY dll DEPUTY

my Phone Screen stop working. Had to buy new phone.

phone # is "623-373-7800.

old Email "Jakebxny@gmail.com delete, and old phone number 480-205-9504 - delete.