United States Distric court
for the county of Arizona.
C.V. 26-04148-PHX-CDB

9-22-2026.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 22 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Civil Action No. CV-26-04148-PHX-CDB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Pension Servicer , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. Food
distribution on *(date)* 9-19-2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-22-2026

[signature]
*Server's signature*

Jacob Perez Per-se.
*Printed name and title*

6814 N. 35th Ave unit #
Phoenix, AZ, 85017
*Server's address*

Additional information regarding attempted service, etc:

**ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII,...**

# USPS Tracking®

FAQs >

Tracking Number:

**9589071052703838309342**

Remove X

Copy Add to Informed Delivery

## Latest Update

Your item has been delivered and is available at a PO Box at 10:20 am on September 19, 2026 in EL PASO, TX 79998.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, PO Box**

EL PASO, TX 79998
September 19, 2026 10:20 AM

**Arrived at Post Office**

EL PASO, TX 79910
September 19, 2026 7:49 AM

**Arrived at USPS Facility**

EL PASO TX DISTRIBUTION CENTER
September 18, 2026 7:31 AM

**Arrived at USPS Facility**

PHOENIX AZ DISTRIBUTION CENTER
September 16, 2026 8:12 PM

**Departed Post Office**

PHOENIX, AZ 85009

Feedback

September 16, 2026 6:50 PM

**USPS in possession of item**

PHOENIX, AZ 85009
September 16, 2026 2:48 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

9-22-2026

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

El Paso, TX 79998

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0073 |
| Extra Services & Fees (check box, add fee as appropriate) $0.00 | 9 |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Postmark Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.82 | |
| Total Postage and Fees $ $6.37 | 09/16/2026 |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3838 3093 42

Jacob Perez. 623-373-7800 - Email ~~J27166 7~~ @ gmail J27166729

C.V. 26-04148-PHX-CDB.

U.S. Pension Services. El Paso, Tex.
855-577-5431
Angela - supervisor.
c/o U.S. Foods Pension.