United States District Court
For the District of Arizona
case# C.V. 26-04148-PHX-CDB

FILED LODGED
RECEIVED COPY
SEP 30 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

Order

Honorable Judge camille D. Bibles. I'm responding to your Recent letter "order. I have sent complaint and summons to EL paso texas Via certified mail and called their phone, 855-577-5431, spoke to "Joey" who Gave me the address. I advised Him that its a P.O. Box and He said He will call me when He recicves it and will send me the receipt for proof of service. I also was informed By their super-visor, "angela" that she will let me know when the certified mail is recieved and she will send Back the proof of service. The certified mail Got delivered and post office sent me an E-mal that mail was delivered. I called and spoke to "Joey" "855-577-5431", and He verified it was Recieved and said within 3. days, He will send the reciept as proof of service. Both, Joey and angela, Has not responded and will not answer the certified mail. they are avoiding being served. I am Requesting under Rules of civil Proceedure 4, that they (U.S. Foods) pay for all cost of being served for this avoidence of service. also Requesting waive of service for this Summons. I'm also Requesting to use accsur. address is 8825 N. 23rd ave, Phoenix AZ. and asking this process to be paid By the defendant for failure to Respond to my Summons

Sincerely, Plaintiff Jacob, Perez Per-se.
9-30-2026.