11-3-26.

Your Name: Jacob Perez
Address: 6814 N. 35th AVE unit H.
City, State, Zip: Phoenix, AZ, 85017
Phone Number: 623-373-7800

FILED LODGED
RECEIVED COPY
NOV 03 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jacob Perez,
Plaintiff,

v.

U.S Food service Inc.,
Defendant(s).

Case No: 26-04148 PHX CDB

Camille D Bibles
Re: Proof OF acknowledgement OF Summons.

Honorable Judge Camille Bibles,
This letter with attach documents shows U.S. Foods inc. acknowledge Reciept of service. I've Requested Document of a Returned Receipt, and this is what the Sent.

Sincerely, Jacob Perez

SCANNED

September 23, 2026

**Personal and Confidential**

JACOB PEREZ
6814 N 35th Ave Unit H
Phoenix AZ 85017-1078

**Re: Acknowledgement of claim**
US Foods, Inc. Defined Benefit Pension Plan
JACOB PEREZ

This letter is in response to the documentation you recently provided, received on September 22, 2026. We are treating this written request received on September 22, 2026, as a claim. Please see the enclosed Qualified Plans Claim Procedure for your rights.

We will provide a written appeal response within 90 days.

If you have any questions about this information, please contact the US Foods Pension Center at 855-577-5421.

Sincerely,

US Foods Pension Center

Enclosures

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jacob Perez,
Plaintiff,

v.

U.S. Food Service Holding Corporation,
Defendant.

No. CV 26-04148 PHX CDB

**ORDER**

**IT IS ORDERED that** the motion seeking the entry of Defendant's default at ECF No. 18 is **denied** because Defendant has not yet been properly served.

**IT IS FURTHER ORDERED that** the motion at ECF No. 21 is **granted** and Plaintiff shall have until **November 13, 2026**, effect proper service of a Court-issued summons and the Complaint at ECF No. 1 on Defendant and docket a return of service as properly executed. Service on Defendant must comply in all respects with Rule 4 of the Federal Rules of Civil Procedure regarding service on a corporate defendant by someone other than a party to this matter.

This deadline will not be further extended.

Dated this 25th day of September, 2026.

Camille D. Bibles
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jacob Perez,

Plaintiff,

v.

U.S. Food Service Holding Corporation, named as U.S. Food Service Pension,

Defendant.

No. CV 26-04148 PHX CDB

**ORDER**

Plaintiff, who proceeds pro se, has filed a Complaint asserting a cause of action pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"). (ECF No. 1). Plaintiff has also sought leave to proceed in this matter *in forma pauperis*. (ECF No. 2). Granting or denying a motion to proceed *in forma pauperis* is a matter left to the Court's discretion. *See*, *e.g.*, *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998). Such a motion may be granted when the plaintiff establishes their indigency and dockets a complaint which presents at least one nonfrivolous claim. *See*, *e.g.*, *Smith-Bey v. Hospital Adm'r*, 841 F.2d 751, 756-57 (7th Cir. 1988). Plaintiff has established their indigency and arguably presents at least one nonfrivolous claim for relief. Accordingly,

**IT IS ORDERED that** Plaintiff's application at ECF No. 2 is **granted** and Plaintiff may proceed in this matter without prepayment of costs and fees. Plaintiff is advised to review the information provided to him by the Clerk of the Court on June 12, 2026, and the information available at http://www.azd.uscourts.gov/proceeding-without-attorney. Plaintiff must obtain a Court-issued summons and effect proper service of the summons and Complaint on Defendant no later than **September 10, 2026**.

//

Dated this 25th day of June, 2026.

Camille D. Bibles
United States Magistrate Judge